STATE OF NEW JERSEY v. FRANK NEMETH.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBBIE DEXTER MORGAN.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ABDUL JONES.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN GRAY.

September 6, 1989.

Petition for certification denied.

ALFRED PINE v. ELI LILLY AND COMPANY, ET AL.

September 6, 1989.

Petition for certification denied.